**Order entered June 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01583-CR

**BENJAMIN KNIGHTEN BURCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-00319-Q**

## ORDER

On June 3, 2015, this Court ordered court reporter Marissa Garza to file the reporter's record by June 19, 2015. To date, Ms. Garza has neither filed the reporter's record, which is four months overdue, nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Marissa Garza, former official court reporter of the 204th Judicial District Court, to file the complete record, including all exhibits admitted into evidence, by **4:00 p.m. on WEDNESDAY, JULY 1, 2015**. If the record is not filed by that date, the Court will order that Marissa Garza not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Mulder, Presiding Judge, County Criminal Court No. 4; the Honorable Tammy Kemp, Presiding Judge,

204th Judicial District Court; Marissa Garza, now official court reporter, County Criminal Court No. 4; and to counsel for all parties.

/s/    ADA BROWN
       JUSTICE